In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-424 CR


____________________



JOHN BRADLEY DAINWOOD, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 36723






MEMORANDUM OPINION


 On September 6, 2007, we notified the parties that our jurisdiction was not apparent
from the notice of appeal, and that we would dismiss the appeal for want of jurisdiction
unless we received a response showing grounds for continuing the appeal. The appellant
did not file a response.

 The notice of appeal seeks to appeal the trial court's order denying appellant's
motion to withdraw his plea. In his notice of appeal, appellant states his trial occurred in
1979, and he filed his motion to withdraw his plea in July of 2007. Appellant never
perfected a timely appeal of the judgment of conviction. The trial court's order denying
appellant's motion to withdraw his plea is not separately appealable. See generally Tex.
Code Crim. Proc. Ann. art. 44.02 (Vernon 2006) (A defendant may appeal as provided
under the rules.); Workman v. State, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961)
(An appellate court generally only has jurisdiction to consider an appeal by a criminal
defendant from a final judgment of conviction.). Accordingly, we hold the order from
which appellant appeals is not appealable. We dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.


 
 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered 

October 10, 2007

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.